## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| NATIONAL ENCLOSURE COMPANY, LLC, | ) MAGISTRATE JUDGE PARKER |
| | ) |
| | ) CASE NO: 1:17-cv-02158 |
| Plaintiff, | ) |
| | ) |
| vs. | ) **STIPULATED DISMISSAL WITH** |
| HISCOX DEDICATED CORPORATE MEMBER, LTD. and CERTAIN UNDERWRITERS AT LLOYDS, LONDON, SUBSCRIBING TO POLICY NO. UNS2516200.11, | ) **PREJUDICE** |
| | ) |
| Defendants. | ) |

Plaintiff, National Enclosure Company, LLC ("Plaintiff") and Defendants Hiscox Dedicated Corporate Member, LTD. and Certain Underwriters at Lloyds, London, Subscribing to Policy No. UNS 2516200.11, ("Defendants"), pursuant to Fed. R. Civ. P. 41(a)(ii), hereby stipulate to the dismissal of this action with prejudice.  Each party shall bear its own costs, expenses, and attorneys' fees.

Respectfully submitted,

*/s/ P. Wesley Lambert*
BROUSE McDOWELL
Amanda M. Leffler, Esq. (Ohio Bar No. 0075467)
aleffler@brouse.com
P. Wesley Lambert, Esq. (Ohio Bar No. 0076961)
wlambert@brouse.com
388 South Main Street, Suite 500
Akron, Ohio 44311
Telephone:  (330) 535-5711
Facsimile:  (330) 253-8601
*Counsel for Plaintiff National Enclosure Company*

/s/ Christopher J. Shannon
Bradley L. Snyder
ROETZEL & ANDRESS
41 South High Street
Huntington Center, 21st Floor
Columbus, OH 43215
Telephone: 614.463.9770
Fax: 614.463.9792
E-mail: bsnyder@ralaw.com

David E. Walker
Christopher J. Shannon
WALKER WILCOX MATOUSEK LLP
One North Franklin
Suite 3200
Chicago, IL 60606-3610
Telephone: 312.244.6700
Fax: 312.244.6800
E-mail: dwalker@wwmlawyers.com
E-mail: cshannon@wwmlawyers.com

*Counsel for Defendants, Hiscox Dedicated Corporate Member, Ltd. and Certain Underwriters at Lloyd's, London*

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of April, 2018, a copy of the foregoing Stipulated Dismissal with Prejudice was filed electronically. Parties may access this filing through the Court's electronic filing system.

/s/ P. Wesley Lambert
P. Wesley Lambert (Ohio Bar No. 0075467)