Pursuant to the parties' stipulation, this action is dismissed with prejudice.
IT IS SO ORDERED.

*/s/ Thomas Parker*

2:20 PM, Apr 20, 2018

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| NATIONAL ENCLOSURE COMPANY, LLC, | ) MAGISTRATE JUDGE PARKER |
| | ) |
| | ) CASE NO: 1:17-cv-02158 |
| Plaintiff, | ) |
| | ) |
| vs. | ) **STIPULATED DISMISSAL WITH** |
| HISCOX DEDICATED CORPORATE MEMBER, LTD. and CERTAIN UNDERWRITERS AT LLOYDS, LONDON, SUBSCRIBING TO POLICY NO. UNS2516200.11, | ) **PREJUDICE** |
| | ) |
| Defendants. | ) |

Plaintiff, National Enclosure Company, LLC ("Plaintiff") and Defendants Hiscox Dedicated Corporate Member, LTD. and Certain Underwriters at Lloyds, London, Subscribing to Policy No. UNS 2516200.11, ("Defendants"), pursuant to Fed. R. Civ. P. 41(a)(ii), hereby stipulate to the dismissal of this action with prejudice. Each party shall bear its own costs, expenses, and attorneys' fees.

Respectfully submitted,

*/s/ P. Wesley Lambert*
BROUSE McDOWELL
Amanda M. Leffler, Esq. (Ohio Bar No. 0075467)
aleffler@brouse.com
P. Wesley Lambert, Esq. (Ohio Bar No. 0076961)
wlambert@brouse.com
388 South Main Street, Suite 500
Akron, Ohio 44311
Telephone:  (330) 535-5711
Facsimile:  (330) 253-8601
*Counsel for Plaintiff National Enclosure Company*